1905-1965, Serena Ervin, Petitioner Appellee, Raymond Ervin, Respondent Appellant, and Gwendolyn Marlow, Third-Party Appellant. No one appears before the Appellants for the Appellee, Mr. Matthew Elster and Mr. Alton Steele. Mr. Elster, Mr. Steele, you can just sit down. Pursuant to the Supreme Court Rule 375B, we issued a rule to show cause directing Raymond Ervin and Gwendolyn Marlow to show cause here today for why sanctions should not be imposed pursuant to the rule to show cause. They were ordered to appear before this Court today, this morning at 9 a.m., for a hearing on why they both should not be held in indirect civil contempt for their failure to comply with the Court's order of July 24th, 2019. Their failure to appear here today results in a denial of the motion to reconsider that was filed on behalf of the Appellants, as well as another order. They will be found in indirect civil contempt for their failure to appear here today, as well as contempt for the failure to abide by this Court's order of July 24th, 2019. A written order will be issued in due course. We thank the Appellees for appearing today. Thank you. The Court stands adjourned.